## Commonwealth, Appellant, *v.* Burr.

Argued Oct. 5, 1914. Appeal, No. 98, April T., 1915, by plaintiff, from order of Q. S. Warren Co., June Sessions, 1914, No. 5, refusing an appeal from a justice of the peace in case of Commonwealth v. John Burr. Before RICE, P. J., ORLADY, HEAD, HENDERSON, KEPHART and TREXLER, JJ. Appeal quashed.

*D. U. Arird*, for appellant.

*C. E. Bordwell* and *Edward Lindsey*, for appellee.

PER CURIAM, October 12, 1914:

For the reasons given in the immediately preceding case (Com. v. Hesch) the appeal is quashed.